IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**MICHAEL DEWAYNE WILLIAMS,**

    Plaintiff,

v.    CIVIL ACTION NO.: 3:19-CV-120 (GROH)

**DOUGLAS R. EDWARDS, JR.** and
**NEW PENN MOTOR EXPRESS, LLC,**

    Defendants.

### ORDER DISMISSING CASE

Because the Court has received notice that all claims have been resolved and the matter has settled [ECF No. 98], it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED** with prejudice and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this case.

The Clerk is **DIRECTED** to **TERMINATE** all pending motions in this matter. The Clerk is further **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** July 21, 2020

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE